## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **GARY DUNN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No.    09-382-P-S** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed June 28, 2010, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that the decision of the Commissioner is **<u>VACATED</u>** and the case **<u>REMANDED</u>** for further proceedings consistent herewith.

_/s/ George Z. Singal_____
United States District Judge

Dated this 19th day of July, 2010.